EDWARD H. KUBO, JR.          #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON            #4532
Chief, Violent Crimes

WES REBER PORTER             #7698
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:    wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 1 1 2005

at 9 o'clock and 20 min. A M.
WALTER A. Y. H. CHINN, CLERK

LODGED

APR 0 6 2005

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 04-00058 HG |
| Plaintiff, ) | **ORDER FOR DISMISSAL** |
| vs. ) | [26 U.S.C. §§ 5845(a) & 5861(d)] |
| MANUEL C. VILLALUZ, ) | |
| Defendant. ) | |

### ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Indictment against MANUEL C. VILLALUZ on the grounds that the offense charged was encompassed by the Defendant's plea to a Felony Information under Criminal Number **04-00184 HG**. The

Defendant pleaded guilty to the Felony Information, containing a more serious charge, pursuant to a plea agreement with the United States. Once accepted by the Court, the government agreed to dismiss the Indictment, filed under Criminal Number **04-00058**, after sentencing. On April 4, 2005, this Honorable Court accepted the plea agreement, sentenced the Defendant and the government stated its intention to dismiss said Indictment.

The defendant is not in custody on the dismissed charge listed above.

DATED: Honolulu, Hawaii, April 6, 2005.

EDWARD H. KUBO, JR.
UNITED STATES ATTORNEY
District of Hawaii

By _____
WES REBER PORTER
Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

HELEN GILLMOR

_____
HELEN GILLMOR
U.S. District Judge

United States v. MANUEL C. VILLALUZ
Cr. No. 04-00058 HG
"Order for Dismissal"

2